**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joseph NOVAK, Defendant–Appellant.**

**No. 04–40953.**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided March 8, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Joseph Novak, Milan, MI, pro se.

Charles A. Palmer, Austin, TX, for Defendant–Appellant.

Before JOLLY, DAVIS, and OWEN, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Joseph Novak has moved to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of counsel's brief and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-

---

PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.